

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00162-CR
_____


MARCOS GONZALEZ, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 71st Judicial District Court
Harrison County, Texas
Trial Court No. 09-079X


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Marcos Gonzalez, appellant, has filed with this Court a motion to dismiss his appeal. The motion is signed by Gonzalez and by his counsel in compliance with TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     September 8, 2009
Date Decided:     September 9, 2009

Do Not Publish